IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

    Plaintiff,

v.

KEVIN A. CARR, CINDY O'DONNELL, EMILY DAVIDSON, WILLIAM POLLARD, LT. BRIAN GREFF, JOANNE BOVEE, MICHAEL PATTEN, MICHAEL R. BERNSTEIN, TAMMY A. DEVRIES, JOSEPH JAHNKE, TEISHA SHAWLEY, D. SMITH, C. KOSCHAK, G. GILGENBACH, C.O. VISSER (FATHER), C.O. VISSER (SON), C.O. SMIT, C.O. REUTERS, and SGT. MUELLER,

    Defendants.

Case No.  19-cv-427-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

/s/  
Peter Oppeneer, Clerk of Court

3/3/2021  
Date